ROSANNA WOODS et al., Respondents, *v.* TUPPER LAKE
CHEMICAL COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Woods* v. *Tupper Lake Chemical Co.*, 178 App. Div. 942, affirmed.
(Argued October 4, 1917; decided October 23, 1917.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the third judicial department,
entered May 15, 1917, affirming an award of the state
industrial commission under the Workmen's Compensa-
tion Law. The Tupper Lake Chemical Company is a
corporation engaged in the business of manufacturing
wood alcohol, acetate of lime and charcoal and in its
business operated steel retorts or ovens. While the
husband of claimant was in the plant of the chemical
company on March 4, 1916, to weld retort No. 2, retort
No. 3 exploded while he was passing it, killing him
instantly. The defendants contended that deceased
was not an employee of the company but was a member
of a firm which had contracted to do certain work for it
and that the deceased was killed while in the performance
of that work.

*P. C. Dugan* for appellants.

*Merton E. Lewis*, Attorney-General (*E. C. Aiken* of
counsel) for respondents.

Order affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN and CRANE, JJ.;
Dissenting: HISCOCK, Ch. J., CARDOZO and McLAUGH-
LIN, JJ.